COLE and THURMAN *v.* WHITE, 26 Wend. 511–540.

In S. Ct. 24 Wend. 121.

## Mortgage of Goods and Chattels.

TROVER for a vessel.

The question as to the validity of a mortgage of goods and chattels, unaccompanied by an immediate delivery, &c., and *change* of possession, in this case, is so similar to, and so fully decided in *Hoe* v. *Acker*, (23 Wend. 653,) that it is only necessary to refer to the *evidence* which was offered to prove, that the case came within the principles there laid down, and which was excluded by the judge from the consideration of the jury; viz., that the mortgage was founded on a fair and adequate consideration ; that it was duly filed ; that the other moiety of the vessel was owned by third persons, and that the vessel was sailed on joint account of the owners, until a few days previous to the delivery.   In excluding this evidence, the Supreme Court held that the Circuit Judge was right.   But

The Court of Errors held, that the evidence was improperly excluded, and *reversed* the judgment.   They also held that the exceptions in the statute, of contracts of *bottomry,* and of vessels in *foreign ports* or *at sea,* did not apply to the fresh water lakes of this country.